UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:18-cr-0292-TWP-TAB |
| | ) | |
| STEPHAN WILSON, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On August 16, 2022, the Court held a hearing on the Petitions for Warrant or Summons for Offender Under Supervision filed on July 15, and August 10, 2022.  Defendant Wilson appeared in person with his appointed counsel Sam Ansell.  The government appeared by Lindsay Karwoski, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Mark McCleese.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.  The Court advised Defendant Wilson of his rights and provided him with a copy of the petition.  Defendant Wilson orally waived his right to a preliminary hearing.

2.  After being placed under oath, Defendant Wilson admitted violation numbers 1 (in part), 2, 5, 6, and 7.  [Docket No. 36, and 46.]  The defendant denied violating violation numbers 1 (in part), 3, and 4.  After a contested hearing, the Court found Defendant Wilson committed violation numbers 1 and 4.

3. The allegations to which Defendant admitted or was found to have committed, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must not commit another federal, state, or local crime."**<br><br>On June 19, 2022, subsequent to a traffic stop in Marion County, Indiana, Mr. Wilson was cited for Driving While Permit or License Suspended under case number 49D22-2206-IF-021904. Additionally, on July 3, 2022, officers with the Indianapolis Metropolitan Police Department responded to a call and observed the offender unconscious and intoxicated. Subsequently, they allegedly found a handgun in his pocket; however, he was not charged. |
| 2 | **"If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment."**<br><br>Since beginning supervised release, Mr. Wilson has not made any payments towards the court ordered fine. |
| 3 | **"You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change."**<br><br>Mr. Wilson failed to report change in residence and employment. On Saturday, June 4, 2022, this officer attempted to make contact with the offender at his reported residence. Later that date, Mr. Wilson sent a text stating he spent the night at his girlfriend's residence and during an office meeting with the probation officer on June 6, 2022, he admitted he had not stayed at the reported residence in a week. Initially, Mr. Wilson refused to provide the address where he was staying. Additionally, at that time, Mr. Wilson communicated he changed his employment. It was later verified by this officer the offender began a new job on May 26, 2022. |
| 4 | **"You shall not own , possess, or have access to a firearm, ammunition, destructive device or dangerous weapon."** |

|   |   |
|---|---|
|   | As noted above, on July 3, 2022, law enforcement officers found a 9 MM handgun in Mr. Wilson's pocket. |
| 5 | **"You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer."** |
|   | On May 30, 2022, Mr. Wilson was involved in a physical altercation and according to the police report, responding officers noted injuries to the offender; however, he declined to identify the other combatant. The offender did not report this contact to the probation officer and when confronted on June 6, 2022, Mr. Wilson stated he did not report it because he "had a lot going on." |
| 6 | **"You shall not use or possess alcohol."** |
|   | As noted above, on July 3, 2022, law enforcement discovered Mr. Wilson intoxicated and passed out. On July 6, 2022, Mr. Wilson was confronted and admitted consuming alcohol, including vodka and tequila. |
| 7 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner.  You shall follow the prescription instructions regarding frequency and dosage."** |
|   | On August 2, 2022, Mr. Wilson submitted a urine specimen which tested positive for Cannabinoids and Cocaine. On August 8, 2022, Abbott Laboratory confirmed the positive results. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is III.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The government recommended a sentence of above guideline of 24 months with no supervised release to follow.   Defendant's counsel argued for a sentence within the guidelines with supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that

his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 14 months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

    The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties waived the fourteen-day period to object to the Report and Recommendation.

Date:  8/17/2022

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system